1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE RESTIS LAW FIRM, P.C.
William R. Restis, Esq. (SBN 246823)
william@restislaw.com
402 W. Broadway, Suite 1520
San Diego, California 92101
Telephone: +1.619.270.8383

[Additional Counsel Listed On Signature Page]

*Counsel for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| COLIN PRENDERGAST, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>ROBINHOOD FINANCIAL, LLC, a Delaware limited liability company, ROBINHOOD SECURITIES, LLC, a Delaware limited liability company, and ROBINHOOD MARKETS, INC., a Delaware corporation,<br><br>    Defendants. | **Case No: 5:20-cv-01877-SVK**<br><br>**NOTICE OF RELATED CASES** |

1    Pursuant to Local Civil Rule 3-12 of the Northern District of California, Plaintiff Colin
2    Prendergast ("Plaintiff"), by and through his attorneys, hereby submits this Notice of Related Cases,
3    and states that Plaintiff is aware of the following actions previously filed or currently pending in the
4    United States District Court, Northern District of California, or any other court, arising from
5    substantially the same or closely related parties, property, transactions, or events that would call for
6    determination of the same or substantially related questions of law and fact:

7    (1) *Beckman v. Robinhood Financial, LLC, et al.*, No. 5:20-cv-01626-JD (N.D. Cal.);

8    (2) *Steinberg v. Robinhood Markets, Inc.*, No. 20-cv-01482 (San Mateo County Sup. Ct.);

9    (3) *Taaffe v. Robinhood Markets, Inc, et al.*, No. 8:20-cv-00513 (M.D. Fla.);

10   (4) *Adame v. Robinhood Financial, LLC, et al.*, No. 5:20-cv-01769-LHK (N.D. Cal.); and

11   (5) *Johann, et al. v. Robinhood Financial, LLC, et al.*, No. 5:20-cv-01909-NC (N.D. Cal.).

**THE RESTIS LAW FIRM, P.C.**

Dated: March 19, 2020

 /s/ William R. Restis
William R. Restis, Esq.
william@restislaw.com
402 W. Broadway, Suite 1520
San Diego, CA 92101
Tel: (619) 270-8383

**LITE DEPALMA GREENBERG, LLC**
Joseph J. DePalma*
jdepalma@litedepalma.com
Steven J. Greenfogel*
sgreenfogel@litedepalma.com
Jeremy Nash*
jnash@litedepalma.com
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858

*Attorneys for Plaintiff and the Putative Class*

* Applications for these attorneys to appear before this Court *pro hac vice* are forthcoming and shall be filed at an appropriate time.