1  William R. Restis (State Bar Number 246823)
   william@restislaw.com
2  THE RESTIS LAW FIRM, P.C.
   402 W. Broadway, Suite 1520
3  San Diego, California 92101
   Telephone: +1.619.270.8383
4
   [Additional Counsel Listed On Signature Page]
5
   *Counsel for Plaintiff and the Putative Class*
6

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN PRENDERGAST, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>ROBINHOOD FINANCIAL, LLC, a Delaware limited liability company, ROBINHOOD SECURITIES, LLC, a Delaware limited liability company, and ROBINHOOD MARKETS, INC., a Delaware corporation,<br><br>    Defendants. | Case No: 3:20-cv-01877-JD<br><br>**NOTICE OF APPEARANCE OF WILLIAM R. RESTIS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT William R. Restis of THE RESTIS LAW FIRM, P.C., having been permitted to practice in this district, hereby appears as counsel of record on behalf of Plaintiff COLIN PRENDERGAST, individually and on behalf of all others similarly situated. Effective immediately, please add William R. Restis as an attorney to be noticed on all matters.

|  |  |
|---|---|
|  | **THE RESTIS LAW FIRM, P.C.** |
| Dated: April 3, 2020 | /s/ William R. Restis |
|  | William R. Restis, Esq. |
|  | william@restislaw.com |
|  | 402 W. Broadway, Suite 1520 |
|  | San Diego, CA 92101 |
|  | Tel: (619) 270-8383 |
|  |  |
|  | **LITE DEPALMA GREENBERG, LLC** |
|  | Joseph J. DePalma* |
|  | jdepalma@litedepalma.com |
|  | Steven J. Greenfogel* |
|  | sgreenfogel@litedepalma.com |
|  | Jeremy Nash* |
|  | jnash@litedepalma.com |
|  | 570 Broad Street, Suite 1201 |
|  | Newark, NJ 07102 |
|  | Tel: (973) 623-3000 |
|  | Fax: (973) 623-0858 |
|  |  |
|  | *Attorneys for Plaintiff and the Putative Class* |
|  |  |
|  | * Applications for these attorneys to appear before this Court *pro hac vice* have been submitted. |